## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 07-738-01 |
| v. | : | |
| | : | CIVIL ACTION |
| ALPHONSO TINDAL | : | NO. 11-634 |

**O R D E R**

**AND NOW**, this 18th day of March 2011, upon consideration of petitioner's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 93, filed January 31, 2011), Government's Response in Opposition to Defendant Alphonso Tindal's Motion Under 28 U.S.C. § 2255 (Document No. 95, filed February 22, 2011) and Petitioner's Reply in Opposition to Government Motion to Deny § 2255 (Document No. 98, filed March 15, 2011), for the reasons set forth in the Memorandum dated March 18, 2011, **IT IS ORDERED** as follows:

1. Petitioner's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 93, filed January 31, 2011) is **DENIED**;

2. A certificate of appealability will not issue for any of petitioner's claims because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court shall **MARK** the case **CLOSED**.

                                        **BY THE COURT:**

                                        **/s/ Hon. Jan E. DuBois**
                                        **JAN E. DUBOIS, J.**